## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**TONYA ESTEVEZ,**
**FERNANDO CESPEDES,**
**and DOMENIC DIFANTE,**                                             **CASE NO.:**

     **Plaintiffs,**

**v.**

**HILLSBOROUGH COUNTY,**
**FLORIDA**

     **Defendant.**

_____/

## NOTICE OF REMOVAL

Defendant Hillsborough County, Florida (hereinafter, "Defendant"), by and through its undersigned counsel, files its Notice of Removal of this action from the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida. As grounds therefore, Defendant states as follows:

1.     This action was commenced by the filing of Plaintiff's Complaint on or about June 26, 2020, in the Circuit Court in and for Hillsborough County, Florida (a true and correct copy of the Complaint is provided as **Exhibit 1**).  This case was docketed as Civil Action No. 20-CA-5233; Division: C.

2.     On or about June 29, 2020, Plaintiff filed an Amended Complaint in the Circuit Court in and for Hillsborough County, Florida (a true and correct copy of the Amended Complaint is provided as **Exhibit 2**).

3.     On July 2, 2020, Plaintiff served upon Defendant a Summons and copy of the Amended Complaint (a copy of the Summons is provided as **Exhibit 3**), seeking remedies pursuant to the 42 USC §1983, and the Fifth and Fourteenth Amendments to the United States Constitution.

Amended Complaint, paragraph 4.

4.      This Notice of Removal is timely presented pursuant to 28 U.S.C. § 1446(b).  Since the Complaint was emailed to Defendant's counsel on June 28, 2020, this removal is timely.

5.      Under the provisions of 28 U.S.C. §1441 (a) and (c) and 28 U.S.C. §1331, Defendant is entitled to remove this action from the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, because Plaintiff's Complaint and Amended Complaint contain federal constitutional claims, for which the District Court has original jurisdiction.  Further, pursuant to Local Rule 4.02, the removed suit is to be docketed in the Tampa Division.

6.      By reason of the above facts, Defendant requests that this action be removed from the Circuit Court in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, contingent upon payment by Defendant of all costs and disbursements incurred by reason of these removal proceedings should it be determined that this action was improperly removed.

7.      In accordance with 28 U.S.C. § 1446(d), after the filing of this Notice of Removal, Defendant shall promptly give written Notice of the instant Notice of Removal to Plaintiff.  A copy of the Notice of Removal to Plaintiff is provided as **Exhibit 4**.

**WHEREFORE**, Defendant requests that the above-captioned suit, which is pending in the Circuit Court in and for Hillsborough County, Florida, Case No. 20-CA-5233; Division: C, be removed to this Court, that this Court accept jurisdiction of this action, and that this action be placed upon the docket of this Court for further proceedings as though this action had originally been instituted in this Court.

Respectfully submitted,


**s/   *Stephen M. Todd***

Stephen M. Todd, Esquire
Sr. Assistant County Attorney
Florida Bar No. 0886203
Office of the County Attorney
Post Office Box 1110
Tampa, Florida 33601-1110
(813) 272-5670 – Fax: (813) 272-5758
Attorney for Defendant, Hillsborough County
Service Emails:
    ToddS@hillsboroughcounty.org
    MatthewsL@hillsboroughcounty.org
    ConnorsA@hillsboroughcounty.org